Nos. 59 and 60. SHUBRICK ET AL. *v.* VAN CAMP PRODUCTS CO. ET AL. October 10, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Clair McTurnan, William R. Higgins, Denver C. Harlan, John G. Buchanan,* and *William J. Kyle, Jr.* for petitioners. *Messrs. George W. Palmer, James W. Noel, Paul Y. Davis,* and *Kurt F. Pantzer* for respondents.

No. 61. BERRY, TRUSTEE, *v.* AUSTIN, EXECUTOR, ET AL. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. James N. Hardin* for petitioner. No appearance for respondents.

No. 62. CLEVELAND-CLIFFS IRON Co. *v.* MARTINI, ADMINISTRATOR. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Thomas H. Garry* and *Gilbert R. Johnson* for petitioner. *Mr..James C. Connell* for respondent.

No. 64. ELKHORN COAL Co. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Leo H. Hoffman* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,.* and *Messrs. Sewall Key* and *Ellis N. Slack* for respondent.

No. 65. FAIRBANKS *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur F. Driscoll* for petitioner. *Solicitor General Jackson, Assis-*